USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 2/24/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VALENTIN ROSENDO RAMIREZ,
BAUTISTA JUAREZ REYNALDO, AND
RICARDO PLACIDO,

        Plaintiffs,

v.

SACROP RESTAURANT CORP. *doing business as* TAQUERIA Y FONDA, UMBERTO TITO, AND JORGE LOPEZ GUERRERO,

        Defendants.

No. 19-CV-9940 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

According to the Final Report of Mediator #1 filed on the docket, the court-ordered mediation in this case was held and agreement was reached on all issues. No later than March 2, 2020, the parties shall jointly file a letter updating the Court as to the status of this case.

SO ORDERED.

Dated:    February 24, 2020
           New York, New York

Ronnie Abrams
United States District Judge